## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** LAWRENCE H. NEMIROW
(Please print)

**STREET ADDRESS:** 5242 KATELLA Ave, Suite 104

**CITY/STATE/ZIP:** Los Alamitos, CA 90720

**PHONE NUMBER:** 526-799-1379

**CASE NUMBER:** 07CV6413
JUDGE MAROVICH
MAG. JUDGE NOLAN

Signature: /s/ Lawrence H. Nemirow

Date: 11-7-2007

FILED
NOV 13 2007
/13
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT