# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 CV 6413 |
|---|---|

The Estate of Helene S. Nemirow;
Irma Carver, et al.
v.
McKay McKinnon, M.D., The University of Chicago Hospitals, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

McKay McKinnon, M.D.

| | |
|---|---|
| NAME (Type or print) | |
| Brian T. Henry | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brian T. Henry | |
| FIRM | |
| Pretzel & Stouffer, Chartered | |
| STREET ADDRESS | |
| One South Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 3127186 | 312-578-7408 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |