**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that an <u>Appearance</u> was filed electronically this <u>7th</u> day of <u>January</u>, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by U.S. mail. Parties may access this filing through the Court's electronic system.

**Lawrence H. Nemirow**
**5242 Katella Ave.**
**Suite 104**
**Los Alamitos, CA 90720**

/s/ Brian T. Henry
Attorney Name, IL Bar No. 3127186
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
bhenry@pretzel-stouffer.com
*Attorneys for McKay McKinnon, M.D.*

_____