**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing in this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rule 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>The Estate of Helene S. Nemirow; Irma Carver, et al.<br>v.<br>McKay McKinnon, M.D., The University of Chicago Hospitals, et al. | Case Number: 07 CV 4363<br><br>Judge George M. Marovich<br>Magistrate Judge Nolan |

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

<u>McKay McKinnon, M.D.</u>

| |
|---|
| NAME (Type or print)<br>CHRISTINE J. IVERSEN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Christine J. Iversen |
| FIRM<br>Pretzel & Stouffer, Chartered |
| STREET ADDRESS<br>One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>#6244570 | TELEPHONE NUMBER<br>(312) 578-7581 | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ☐ | NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX THAT DESCRIBES YOUR STATUS<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this Appearance was filed electronically this 18th day of January, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

    Lawrence H. Nemirow
    5242 Katella Avenue
    Suite 104
    Los Alamitos, CA 90720
    nemirow@aol.com

/s/Christine J. Iversen
Attorney Name, IL Bar No. 6244570
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
civersen@pretzel-stouffer.com
*Attorneys for Dr. McKay McKinnon*