78-063435                                          BTH/CJI/sms

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW ) <br> IRMA CARVER; MADELEINE KATES ) <br> and LAWRENCE H. NEMIROW, as ) <br> survivors of HELENE S. NEMIROW, ) <br> deceased. ) <br>             Plaintiffs, ) <br>                                  ) <br>    v.                            ) <br>                                  ) <br>                                  ) <br> MCKAY MCKINNON, M.D., THE ) <br> UNIVERSITY OF CHICAGO HOSPITALS) <br> an Illinois corporation; THE UNIVERSITY ) <br> OF CHICAGO, an Illinois not-for-profit ) <br> corporation; and DOES 1 through 50, ) <br> inclusive) ) <br>             Defendants. ) | Civil Action No. 07 CV 6413 <br> Judge George Marovich <br> Mag. Judge Nolan |

### MOTION TO DISMISS

NOW COMES, the Defendant, McKAY McKINNON, M.D., by his attorneys, PRETZEL & STOUFFER, CHARTERED, and moves this Honorable Court to dismiss this matter in its entirety as to McKAY McKINNON, M.D., pursuant to Rule 12 (b)(6) of the Federal Rules of Civil for the plaintiff's failure to state a claim upon which relief may be granted as plaintiff's complaint is insufficient as a matter of law.

                            s/Christine J. Iversen
                            Christine J. Iversen (IL Bar No. 6244570)
                            Pretzel & Stouffer, Chartered
                            One South Wacker Drive - Suite 2500
                            Chicago, Illinois 60606
                            Telephone:   (312) 578-7581
                            Fax:         (312) 346-8242
                            E-Mail:      civersen@pretzel-stouffer.com
                            *Attorneys for Defendant,*
                            *Dr. McKay McKinnon*