IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

THE ESTATE OF HELENE S. NEMIROW )
IRMA CARVER; MADELEINE KATES     )
and LAWRENCE H. NEMIROW, as      )
survivors of HELENE S. NEMIROW,  )
deceased.                        )
            Plaintiffs,          )
                          )
       v.                         )    Civil Action No. 07 CV 6413
                          )    Judge George Marovich
                          )    Mag. Judge Nolan
MCKAY MCKINNON, M.D., THE        )
UNIVERSITY OF CHICAGO HOSPITALS) 
an Illinois corporation; THE UNIVERSITY )
OF CHICAGO, an Illinois not-for-profit  )
corporation; and DOES 1 through 50,     )
inclusive)                               )
            Defendants.          )

## NOTICE OF MOTION

On ____February 5____, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge George Marovich, or any judge sitting in his stead, in the Courtroom usually occupied by him in Room 1944 of the Dirksen Federal building, Chicago, Illinois and shall then and there present **Defendant's Motion to Dismiss.**

s/Christine J. Iversen
Christine J. Iversen (IL Bar No. 6244570)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone:     (312) 578-7581
Fax:           (312) 346-8242
E-Mail:        civersen@pretzel-stouffer.com
*Attorneys for Defendant,*
*Dr. McKay McKinnon*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this Notice of Motion was filed electronically this 18th

day of January, 2008. Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system. Parties may access this filing through the Court's electronic system.

Lawrence H. Nemirow
5242 Katella Avenue
Suite 104
Los Alamitos, CA 90720
nemirow@aol.com

/s/Christine J. Iversen
Attorney Name, IL Bar No.  6244570
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
civersen@pretzel-stouffer.com
*Attorneys for Dr. McKay McKinnon*