IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES; AND LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>MCKAY MCKINNON, M.D.; THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1-50,<br><br>Defendants. | No. 07-cv-6413<br><br>Judge George M. Marovich<br><br>Magistrate Judge Nan R. Nolan |

## MOTION FOR EXTENSION OF TIME

Defendants, THE UNIVERSITY OF CHICAGO HOSPITALS ("UCH") and THE UNIVERSITY OF CHICAGO ("The University") (collective "UC Defendants"), by their attorneys, Scott R. Wolfe and Kevin J. Clancy of Lowis & Gellen, LLP, hereby move this Court for an extension of time to answer or otherwise plead to the Plaintiffs' Complaint in this matter. In support of this Motion, the UC Defendants state as follows:

Defendants' answer or responsive pleading was originally scheduled to be due on January 18, 2008. Despite making diligent efforts to respond by this date, due to other pending cases and need to consult with the clients involved, the UC Defendants were unable to prepare and file a response by that date. The UC Defendants believe that they would require only a short extension of time until February 5, 2008 to prepare and file a responsive pleading to the Plaintiffs' Complaint.

WHEREFORE, the UC Defendants respectfully request that this Court enter an order granting them an extension of time until February 5, 2008 to answer or otherwise plead to Plaintiffs' Complaint, and granting such further relief as this Court deems just.

> Respectfully submitted,
>
> THE UNIVERSITY OF CHICAGO HOSPITALS and THE UNIVERSITY OF CHICAGO
>
> By: _/s/ Kevin J. Clancy_
> One of Their Attorneys

Scott R. Wolfe (ARDC #6230545)
Kevin J. Clancy (ARDC #6217109)
Lowis & Gellen, LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
312-364-2500

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 28, 2008, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record in this case including the following.

|  |  |
|---|---|
| **Lawrence H. Nemirow**<br>5242 Katella Ave.<br>Suite 104<br>Los Alamitos, CA  90720<br>Fax 562-799-1377<br>nemirow@aol.com | Brian Thomas Henry<br>Christine J. Iversen<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2200<br>Chicago, IL 60606-4673<br>(312) 346-1973<br>bhenry@pretzel-stouffer.com<br>civersen@pretzel-stouffer.com |

*/s/ Kevin J. Clancy*