IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES; AND LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>MCKAY MCKINNON, M.D.; THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1-50,<br><br>Defendants. | No. 07-cv-6413<br><br>Judge George M. Marovich<br><br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **February 5, 2008, at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge George M. Marovich, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1944-C, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the University of Chicago Defendants' **Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached and hereby served upon you.

Kevin J. Clancy
LOWIS & GELLEN                                          /s/ Kevin J. Clancy
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 28, 2008, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record in this case including the following.

|  |  |
|---|---|
| **Lawrence H. Nemirow**<br>5242 Katella Ave.<br>Suite 104<br>Los Alamitos, CA  90720<br>Fax 562-799-1377<br>nemirow@aol.com | Brian Thomas Henry<br>Christine J. Iversen<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2200<br>Chicago, IL 60606-4673<br>(312) 346-1973<br>bhenry@pretzel-stouffer.com<br>civersen@pretzel-stouffer.com |

*/s/ Kevin J. Clancy*