IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES; AND LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> MCKAY MCKINNON, M.D.; THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1-50, <br><br> Defendants. | No. 07-cv-6413 <br><br> Judge George M. Marovich <br><br> Magistrate Judge Nan R. Nolan |

## RESPONSE TO MOTION FOR ENTRY OF DEFAULT

Defendants, THE UNIVERSITY OF CHICAGO HOSPITALS ("UCH") and THE UNIVERSITY OF CHICAGO ("The University") (collective "UC Defendants"), by their attorneys, Scott R. Wolfe and Kevin J. Clancy of Lowis & Gellen, LLP, submit the following response to Plaintiff's motion for entry of default. Defendants' answer or responsive pleading was originally scheduled to be due on January 18, 2008. Despite making diligent efforts to respond by this date, due to other pending cases and need to consult with the clients involved, the UC Defendants were unable to prepare and file a response by that date. The UC Defendants believe that they would require only a short extension of time until February 5, 2008 to prepare and file a responsive pleading to the Plaintiffs' Complaint. The UC Defendants have filed a motion for extension of time to answer or otherwise plead.

WHEREFORE, the UC Defendants respectfully request that this Court deny Plaintiff's motion for entry of default, enter an order granting them an extension of time until February 5, 2008 to answer or otherwise plead to Plaintiffs' Complaint, and grant such further relief as this Court deems just.

Respectfully submitted,

THE UNIVERSITY OF CHICAGO HOSPITALS and THE UNIVERSITY OF CHICAGO

By: /s/ Kevin J. Clancy
One of Their Attorneys

Scott R. Wolfe (ARDC #6230545)
Kevin J. Clancy (ARDC #6217109)
Lowis & Gellen, LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
312-364-2500