IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF HELENE S. NEMIROW; ) <br> IRMA CARVER; MADELEINE KATES; ) <br> AND LAWRENCE H. NEMIROW, ) <br> as survivors of HELENE S. NEMIROW, ) <br> deceased, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MCKAY MCKINNON, M.D.; THE ) <br> UNIVERSITY OF CHICAGO ) <br> HOSPITALS, an Illinois corporation; THE ) <br> UNIVERSITY OF CHICAGO, an Illinois ) <br> not-for-profit corporation; and DOES 1-50, ) <br> ) <br> Defendants. ) | No. 07-cv-6413 <br><br> Judge George M. Marovich <br><br> Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on February 5, 2008, **at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge George M. Marovich, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1944-C, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the University of Chicago Defendants' **Motion for a Qualified Protective Order Pursuant to HIPAA**, a copy of which is attached and hereby served upon you.

Kevin J. Clancy
LOWIS & GELLEN                              /s/ Kevin J. Clancy
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on January 28, 2008, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record in this case including the following.

|  |  |
|---|---|
| **Lawrence H. Nemirow**<br>5242 Katella Ave.<br>Suite 104<br>Los Alamitos, CA  90720<br>Fax 562-799-1377<br>nemirow@aol.com | Brian Thomas Henry<br>Christine J. Iversen<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2200<br>Chicago, IL 60606-4673<br>(312) 346-1973<br>bhenry@pretzel-stouffer.com<br>civersen@pretzel-stouffer.com |

*/s/ Kevin J. Clancy*