## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                   Case Number: 07-cv-6413

THE ESTATE OF HELENE S. NEMIROW, et al. v. McKAY McKINNON, M.D., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
THE UNIVERSITY OF CHICAGO HOSPITALS and THE UNIVERSITY OF CHICAGO

| NAME (Type or print) |
| --- |
| Scott R. Wolfe |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Scott R. Wolfe |

| FIRM |
| --- |
| Lowis & Gellen, LLP |

| STREET ADDRESS |
| --- |
| 200 W. Adams, Suite 1900 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6230545 | 312-364-2500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on January 28, 2008, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record in this case including the following.

|  |  |
|---|---|
| **Lawrence H. Nemirow**<br>5242 Katella Ave.<br>Suite 104<br>Los Alamitos, CA  90720<br>Fax 562-799-1377<br>nemirow@aol.com | Brian Thomas Henry<br>Christine J. Iversen<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2200<br>Chicago, IL 60606-4673<br>(312) 346-1973<br>bhenry@pretzel-stouffer.com<br>civersen@pretzel-stouffer.com |

*/s/ Kevin J. Clancy*