# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Estate of Helene S. Nemirow, The, et al.
                                          Plaintiff,

v.                                        Case No.: 1:07−cv−06413
                                          Honorable George M. Marovich

McKay McKinnon, et al.
                                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, January 30, 2008:


MINUTE entry before Judge George M. Marovich :Motion hearing set for 2/5/2008 is stricken. Plaintiffs' request for entry of default [15] is denied for failure to comply with Local Rule 78.2. Defendants The University of Chicago Hospitals and The University of Chicago's motion for extension of time to answer or otherwise plead [17] is granted. Any objections to the motion for a qualified protective order pursuant to HIPAA shall be due 2/15/2008. Briefing schedule set on all motions to dismiss[10] [20] as follows: responses due by 3/5/2008; replies due by 3/26/2008; rule by mail.Mailed notice(clw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.