Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

*Pro Se* for the Estate of Helene S. Nemirow et al

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

THE ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased.

Plaintiffs,

v.

MCKAY MCKINNON, M.D., THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive

Defendants.

Civil Action No. 07CV6413
Judge George Marovich
Mag. Judge Nolan

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR CONTINUANCE

1. Plaintiffs in Pro Se are the Estate of Helene S. Nemirow, deceased, Irma Carver (a resident of the State of Florida), Madeleine Kates (a resident of the State of New Jersey), and Lawrence H. Nemirow (a resident of the State of California.

2. Plaintiff sued defendant for (i) Medical Malpractice/Survival Action; (ii) Medical Malpractice Wrongful Death; (iii) Res Ispa Loquitor/Survival Action; (iv)

1

1 Res Ipsa Loquitor/Wrongful Death Action; (v) Lack of Informed Consent/Survival
2 Action; (vi) Lack of Informed Consent/Wrongful Death Action; (vi) Negligent
3 Supervision/Survival Action; and (vii) Negligent Supervision/Wrongful Death .

4    3. Although Plaintiffs have not been served notice as of this date, Plaintiffs have
5 discovered that Defendant has filed a motion to dismiss with a hearing date scheduled
6 for February 5, 2008.

7    4. Plaintiff Lawrence H. Nemirow, who is handling this matter *pro se* on behalf
8 of all parties, requests a continuance until February 15, 2008 because this *pro se*
9 litigant is unavailable for the hearing.

### B. Argument

11    5. The court has the discretion to grant a motion for continuance as part of its
12 inherent power to control its own docket to ensure that cases proceed before it in a
13 timely and orderly manner. *See* Chambers v. NASCO, Inc. 501 U.S. 34, 43-44, 11
14 S.Ct. 2123, 2132 (1991); Daniel J. Hartwig Assocs., Inc. v. Kanner 913 F.2d 1213,
15 1222 (7th Cir. 1990).

16    6. Plaintiff in *pro se* Lawrence H. Nemirow will be unavailable for the hearing
17 on February 5, 2008 because of the short notice to make travel arrangements.

18    7. Plaintiff Lawrence H. Nemirow is necessary to the Plaintiffs case because
19 Plaintiffs believe an oral argument is essential in defense of Defendants motion to
20 dismiss.

21    8. Lawrence H. Nemirow will be available to personally attend court hearings
22 on February 15, 2008, and the ten day delay is not unreasonable.

23    9. This request for a continuance is not merely for delay, but so that justice may
24 be done.

### C. Conclusion

26    10. Plaintiffs have not had notice of this hearing and as out of state litigants,
27 there is too short a time involved in order to arrange flights and hearing schedules.
28 For these reasons, Plaintiff Lawrence H. Nemirow asks the court to continue the

1  hearing until February 15, 2008.
2  January 24, 2008

                        By _____
                           Lawrence H. Nemirow, In *Pro Se*
                           On behalf of all Plaintiffs

Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

*Pro Se* for the Estate of Helene S. Nemirow et al

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased.<br><br>Plaintiffs,<br><br>v<br><br>MCKAY MCKINNON, M.D., THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>Defendants. | Civil Action No. 07CV6413<br><br>[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS THE SUIT |

After considering defendant McKay McKinnnon M.D.'s motion to dismiss the suit for violation of 735 ILCS 5/2-622 of the Illinois Code of Civil Procedure and the response, and after the hearing, the Court

☐ DENIES the motion and retains the case on the court's docket.

☐ GRANTS the motion and ORDERS plaintiffs to amend the complaint by attaching an affidavit as mandated by 735 ILCS 5/2-622 of the Illinois Code of Civil Procedure by _____, 2008.

1

| | |
|---|---|
| 1 | SIGNED on _____, 2008 |
| 2 | |
| 3 | |
| 4 | U.S. DISTRICT JUDGE |
| 5 | APPROVED & ENTRY REQUESTED: |
| 6 | *[signature]*<br>LAWRENCE H. NEMIROW |

2

ORDER ON MOTION FOR DISMISSAL

1  Lawrence H. Nemirow
   5242 Katella Ave., Suite 104
2  Los Alamitos, CA 90720-2820
   Tel. (562) 799-1379
3  Fax. (562) 799-1377

4  *Pro Se* for the Estate of Helene S. Nemirow et al

5  **UNITED STATES DISTRICT COURT**

6  **NORTHERN DISTRICT OF ILLINOIS**

7

8  
9  THE ESTATE OF HELENE S. )  Civil Action No. 07CV6413
   NEMIROW; IRMA CARVER; )
10 MADELEINE KATES and )
   LAWRENCE H. NEMIROW, as )
11 survivors of HELENE S. )
   NEMIROW, deceased. )
12                Plaintiffs, )  **ORDER ON PLAINTIFFS**
                              )  **MOTION FOR CONTINUANCE**
13                            )
   v                          )
14                            )
                              )
15 MCKAY MCKINNON, M.D., THE )
   UNIVERSITY OF CHICAGO )
16 HOSPITALS, an Illinois )
   corporation; THE UNIVERSITY )
17 OF CHICAGO, an Illinois not-for- )
   profit corporation; and )
18 DOES 1 through 50, Inclusive )
                              )
19                            )
                Defendants. )
20 _____ )

21

22  After considering plaintiffs THE ESTATE OF HELENE S. NEMIROW; IRMA
23  CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of
24  HELENE S. NEMIROW, deceased's, motion for continuance, the court

25

26  GRANTS the motion and continues the hearing for motion to dismiss for ten (10)
27  days, until February 15, 2008.

28

1

1  SIGNED on _____, 2008

2

3
                                              _____
4                                                    U.S. DISTRICT JUDGE

5  APPROVED & ENTRY REQUESTED:

6  _____
   LAWRENCE H. NEMIROW
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28