

Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

*Pro Se* for the Estate of Helene S. Nemirow et al

**FILED**

FEB 1 2 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 1 2 2008

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased. <br><br> Plaintiffs, <br><br> v <br><br> MCKAY MCKINNON, M.D., THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive <br><br> Defendants. | Civil Action No. 07CV6413 <br><br> **PLAINTIFFS MEMORANDUM IN SUPPORT OF MOTION OF VOLUNTARY DISMISSAL AS TO DEFENDANT McKAY McKINNON, M.D.** |

### A. ARGUMENT

1. Plaintiffs are The Estate of Helene S. Nemirow, Irma Carver, Madeleine Kates, and Lawrence H. Nemirow. Defendant is McKay McKinnon, M.D.

2. Plaintiff sued defendant for (i) Medical Malpractice/Survival Action; (ii) Medical Malpractice Wrongful Death; (iii) Res Ispa Loquitor/Survival Action; (iv) Res Ipsa Loquitor/Wrongful Death Action; (v) Lack of Informed Consent/Survival Action; (vi) Lack of Informed Consent/Wrongful Death Action; (vi) Negligent

Supervision/Survival Action; and (vii) Negligent Supervision/Wrongful Death.

3. Plaintiffs asks the court to dismiss their suit against Defendant McKay McKinnon, M.D.

### B. ARGUMENT

4. The court may grant a motion for voluntarily dismissal against a party if the dismissal will not unfairly prejudice the nonmovant. *Versa Prods., Inc. v. Home Depot, Inc.*, 387 F.3d 1325, 1327 (11th Cir. 2004); *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002). *see* Fed R. Civ. P. 41(a)(2).

5. Plaintiffs and Defendant stipulated that the dismissal be with prejudice without any payment in settlement and that Defendant waives all costs which the defendant might be entitled to.

6. Defendant and the other parties to the suit will not be prejudiced by the dismissal (*Elboar*, 279 F.3d at 317), because the dismissal will not deny any defendant any defense to which it is entitled. *Ikospentakis v. Thalassic S.S. Agency*, 915 F.2d 176, 177 (5th Cir. 1990).

### C. CONCLUSION

7. For the reasons state above, Plaintiffs asks the court to dismiss the suit against McKay McKinnon, M.D. with prejudice to refiling.

Date: February 7, 2008

By *[signature]*
LAWRENCE H. NEMIROW
for Plaintiffs in Pro Se