

1  Lawrence H. Nemirow
2  5242 Katella Ave., Suite 104
   Los Alamitos, CA 90720-2820
   Tel. (562) 799-1379
3  Fax. (562) 799-1377

4  *Pro Se* for the Estate of Helene S. Nemirow et al

5  **UNITED STATES DISTRICT COURT**

6  **NORTHERN DISTRICT OF ILLINOIS**

7

8
9  THE ESTATE OF HELENE S. )        Civil Action No. 07CV6413
   NEMIROW; IRMA CARVER; )
   MADELEINE KATES and )
10 LAWRENCE H. NEMIROW, as )
   survivors of HELENE S. )
11 NEMIROW, deceased. )
                              )
12            Plaintiffs, )            **STIPULATION OF DISMISSAL**
                              )        **AS TO DEFENDANT McKAY**
13                            )        **McKINNON, MD.**
   v                          )
14                            )
                              )
15 MCKAY MCKINNON, M.D., THE )
   UNIVERSITY OF CHICAGO )             **F I L E D**
16 HOSPITALS, an Illinois )
   corporation; THE UNIVERSITY )
17 OF CHICAGO, an Illinois not-for- )  FEB 1 2 2008   YM
   profit corporation; and )
18 DOES 1 through 50, Inclusive )      MICHAEL W. DOBBINS
                              )        CLERK, U.S. DISTRICT COURT
19            Defendants. )
                              )        FEB 1 2 2008
20                            )

21

22     1.  Plaintiffs are The Estate of Helene S. Nemirow, Irma Carver, Madeleine
23 Kates, and Lawrence H. Nemirow. Defendant is McKay McKinnon, M.D.
24     2.  Plaintiff sued defendant for (i) Medical Malpractice/Survival Action; (ii)
25 Medical Malpractice Wrongful Death; (iii) Res Ispa Loquitor/Survival Action; (iv)
26 Res Ipsa Loquitor/Wrongful Death Action; (v) Lack of Informed Consent/Survival
27 Action; (vi) Lack of Informed Consent/Wrongful Death Action; (vi) Negligent
28 Supervision/Survival Action; and (vii) Negligent Supervision/Wrongful Death .

STIPULATION FOR DISMISSAL AS TO DEFENDANT McKAY McKINNON, MD

3. Defendant who has filed a Motion to Dismiss, agrees to the dismissal.

4. Plaintiffs are dismissing the action against Defendant McKay McKinnon, M.D., without any payment in settlement. Defendant McKay McKinnon waives any costs Defendant may be entitled to.

5. This dismissal is with prejudice to refiling.

Date: February 7, 2008

By _____
LAWRENCE H. NEMIROW
for Plaintiffs in Pro Se

By _____
BRIAN T. HENRY
Attorney for Defendant
McKay McKinnon, MD.

2
STIPULATION FOR DISMISSAL AS TO DEFENDANT McKAY McKINNON, MD

3. Defendant who has filed a Motion to Dismiss, agrees to the dismissal.

4. Plaintiffs are dismissing the action against Defendant McKay McKinnon, M.D., without any payment in settlement. Defendant McKay McKinnon waives any costs Defendant may be entitled to.

5. This dismissal is with prejudice to refiling.

Date: February 7, 2008

By_____
LAWRENCE H. NEMIROW
for Plaintiffs in Pro Se

By_____
BRIAN T. HENRY
Attorney for Defendant
McKay McKinnon, MD.



Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

*Pro Se* for the Estate of Helene S. Nemirow et al

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased.<br><br>　　　　　　　Plaintiffs,<br><br>v<br><br>MCKAY MCKINNON, M.D., THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>　　　　　　　Defendants. | Civil Action No. 07CV6413<br><br>**ORDER ON STIPULATION OF DISMISSAL AS TO DEFENDANT McKAY McKINNON, M.D.** |

After considering Plaintiffs motion to dismiss and Plaintiffs and Defendant McKay McKinnon, M.D.'s stipulation of dismissal, the Court

GRANTS the motion and dismisses the case against McKay McKinnon, M.D. with prejudice and without any payment in settlement. Each party to bear its own costs and attorney fees.

The Case against the remaining Defendants will remain on the Court docket.

///

1

ORDER ON STIPULATION FOR DISMISSAL AS TO DEFENDANT McKAY McKINNON, MD

SIGNED on _____, 2008

                                                       _____
U.S. DISTRICT JUDGE