# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6413 | **DATE** | 2/15/08 |
| **CASE TITLE** | The Estate of Helene S. Nemirow, et. al v. McKinnon, et. al | | |

**DOCKET ENTRY TEXT:**

Pursuant to a stipulation of dismissal, plaintiff Lawrence H. Nemirow's claims against defendant McKinnon are dismissed with prejudice, each side to bear his or its own costs and fees. The claims of the other *pro se* plaintiffs against defendant McKinnon are not dismissed because the other *pro se* plaintiffs did not sign the stipulation of dismissal. Lawrence Nemirow cannot represent other *pro se* plaintiffs without filing an appearance on each other plaintiff's behalf.

Docketing to mail notices.

| | Courtroom Deputy Initials: | cw |
|---|---|---|