

Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

*Pro Se* for the Estate of Helene S. Nemirow et al

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased.<br><br>Plaintiffs,<br><br>v<br><br>MCKAY MCKINNON, M.D., THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>Defendants. | Civil Action No. 07CV6413<br><br>Judge George Marovich<br>Mag. Judge Nolan<br><br>**DECLARATION UNDER PENALTY OF PERJURY IN OPPOSITION TO DEFENDANTS UNIVERSITY OF CHICAGO's and UNIVERSITY OF CHICAGO HOSPITAL'S MOTION TO DISMISS**<br><br>F I L E D<br>Feb 19, 2008<br>FEB 1 9 2008  YM<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

STATE OF CALIFORNIA } §
COUNTY OF ORANGE   } §

Declaration of LAWRENCE H. NEMIROW.

I, LAWRENCE H. NEMIROW, declare as follows:

1. I am the administrator of the ESTATE OF HELENE S. NEMIROW DECEASED, appearing *Pro Se* in the State of Illinois on behalf of the Estate and for myself as a plaintiff and for plaintiffs IRMA CARVER and MADELEINE KATES.

1

1  I am also an attorney at law in the State of California admitted to practice law
2  in any of the State of California Courts and I am admitted to practice law in the United
3  States District Court for the Central District of California, and if called to testify to any
4  of the facts stated hereunder, could an would testify.
5     3.  I have filed this case *Pro Se* in this Court. I have no access to electronic case
6  files for this Court and cannot file or receive any efilings made to this Court. I am not
7  appearing in this Court *Pro Hoc Vice,* and I am not a member of the bar of this Court.
8     4.  On or about February 3, 2008, I received a Notification of Docket Entry from
9  this Court indicating that Defendants University of Chicago Hospitals and University
10 of Chicago filed several motions with this Court including a motion for extension of
11 time to answer or otherwise plead, a motion for a qualified protective order pursuant
12 to HIPAA and motions to dismiss.
13    5.  This Plaintiff has not received mail service on any of these motions as
14 required by local Court rules and therefore is not in a position to respond at this time,
15 even though the Court set briefing dates for objections to the qualified protective order
16 for February 15, 2008 and response dates on whatever motions were filed by
17 Defendants for March 5, 2008.
18    6.  A meet and confer letter concerning the failure to provide timely notice was
19 faxed and mailed to Defendants on February 7, 2008 (Exhibit I to the Memorandum).
20 Defendants have not contacted this Plaintiff with any response as of today's date.
21    7.  It would be in the interest of justice and fair play to dismiss the Motion to
22 Dismiss filed by these Defendants, order Defendant so file its answer, and leave the
23 matter on the Court docket.
24    8.  Defendants would not be prejudiced by the dismissal as they will have all
25 defenses available to them during the course of litigation, however Plaintiffs would
26 be prejudiced as they have not seen Defendants motions and have had nothing to
27 respond to.
28    I, LAWRENCE H. NEMIROW declare, under penalty of perjury under the laws

2

DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

1 of the State of California, the State of Illinois, and United States of America, the
2 foregoing is true and correct.
3 EXECUTED on February 11, 2008

_[signature]_
LAWRENCE H. NEMIROW