1  Lawrence H. Nemirow
   5242 Katella Ave., Suite 104
2  Los Alamitos, CA 90720-2820
   Tel. (562) 799-1379
3  Fax. (562) 799-1377

4  *Pro Se* for the Estate of Helene S. Nemirow et al

5  **UNITED STATES DISTRICT COURT**

6  **NORTHERN DISTRICT OF ILLINOIS**

7

8
   THE ESTATE OF HELENE S. )           Civil Action No. 07CV6413
9  NEMIROW; IRMA CARVER; )
   MADELEINE KATES and )
10 LAWRENCE H. NEMIROW, as )
   survivors of HELENE S. )
11 NEMIROW, deceased. )

12              Plaintiffs, )          **PROOF OF SERVICE
                            )          DECLARATION IN SUPPORT OF**
13                          )          **OPPOSITION TO UNIVERSITY OF**
   v                        )          **CHICAGO AND UNIVERSITY OF**
14                          )          **CHICAGO HOSPITAL's MOTION TO**
                            )          **DISMISS**
15 MCKAY MCKINNON, M.D., THE )
   UNIVERSITY OF CHICAGO )
16 HOSPITALS, an Illinois )
   corporation; THE UNIVERSITY )         **FILED**
17 OF CHICAGO, an Illinois not-for- )
   profit corporation; and )              Feb 19, 2008
18 DOES 1 through 50, Inclusive )         FEB 1 9 2008   YM
                            )
19                          )
                            )
20              Defendants. )

21

22     I declare that I am employed in the County of Orange, State of California.

23 I am over the age of eighteen (18) years old and not a party to the within cause; my business address

24 is 5242 Katella Ave., Suite 104, Los Alamitos, California 90720.

25     On February 11, 2008 I served the foregoing document described as a) Plaintiff's Memorandum

26 In Support Of Motion Of Dismissal As To Defendant McKay McKinnon, M.D.; (b) Stipulation of

27 Dismissal As To Defendant McKay McKinnon, M.D., and c) Order On Stipulation Of Dismissal As

28 To Defendant McKay McKinnon, M.D. on the interested parties in this action by personally serving

1 | a true copy thereof as follows:

2 | Brian T. Henry, Esq.
Law Offices of Pretzel & Stouffer
3 | One South Wacker Drive, Suite 2500
Chicago, Illinois 60606-4673

4 |

Kevin J. Clancy, Esq.
5 | Lowis & Gellen, LLP
200 West Adams Street, Suite 1900
6 | Chicago, Illinois 60606

7 | _X_  **BY MAIL**

8 | __  I **Deposited** the sealed envelope with the United States Postal Service with postage fully prepaid

9 | _X_  By **Placing** the envelope for collection and mailing following our ordinary business practices.

10 | I am readily familiar with this business's practice for collecting and processing correspondence for

11 | mailing. On the same day that correspondence is placed for collection and mailing, it s deposited in

12 | the ordinary course of business with the United States Postal Service in a sealed envelope with

13 | postage fully prepaid.

14 | _X_  **BY FACSIMILE**

15 | __  I caused such documents to be faxed to the attorney of record at the firm whose address    d

16 | facsimile number is listed above.

17 | __  **BY PERSONAL SERVICE**

18 | __  I caused such envelope to be delivered by hand to the offices of the addressee(s)

19 | __  I caused such true copies to be delivered by hand directly to the hand of the addressee(s)

20 | _X_  I declare under penalty of perjury under the laws of the State of California and the United States

21 | of America that the foregoing is true and correct.

22 | Executed on February 11, 2008 at Los Alamitos, California.

23 |

24 |

_____
Lawrence H. Nemirow
25 | Attorneys for Plaintiffs in *Pro Se*

26 |

27 |

28 |

2

PROOF OF SERVICE DECLARATION IF SUPPORT OF OPPOSITION TO UNIVERSITY OF CHICAGO et al's MOTION TO DISMISS