U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                          Case Number: 07-cv-6413

The Estate of Helene S. Nemirow, Irma Carver, Madeleine
Kates and Lawrence Nemirow v. McKay McKinnon, M.D., The
University of Chicago Hospitals, The University of Chicago and
Does 1-50

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Estate of Helene S. Nemirow
Irma Carver
Madeleine Kates
Lawrence H. Nemirow

RECEIVED
FEB 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Lawrence Harvey Nemirow |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Lawrence H. Nemirow |
| FIRM |
| The Law Offices of Lawrence H. Nemirow, APC |
| STREET ADDRESS |
| 5242 Katella Ave., Suite 104 |
| CITY/STATE/ZIP |
| Los Alamitos, CA 90720 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 562-799-1379 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐