Lawrence H. Nemirow (Cal State Bar #182383)
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

For the Estate of Helene S. Nemirow et al

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased.<br><br>            Plaintiffs,<br><br>v<br><br>MCKAY MCKINNON, M.D., THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>            Defendants. | Civil Action No. 07CV6413<br><br>Judge George M. Marovich<br><br>Magistrate Judge Nan R. Nolan<br><br>**RECEIVED**<br><br>FEB 2 6 2008<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## DESIGNATION OF
## LOCAL COUNSEL FOR SERVICE

Plaintiffs, the Estate of Helene S. Nemirow; Irma Carver; Madeleine Kates and Lawrence H. Nemirow, hereby designates Robert A. Holstein, Esq., 100 W. Randolph Street, Ste 7-900, Chicago, Illinois 60601-3218, Tel No. (312) 906-8000 as Local Counsel for Designation of Service Under Rule 83.15(b).

///

---

1

DESIGNATION OF LOCAL COUNSEL UNDER LOCAL RULE 83.15(b)

Date: February 20, 2008

By: *[signature]*
Lawrence H. Nemirow
on behalf of all Plaintiffs