```
 1  Lawrence H. Nemirow (Cal State Bar #182383)
    5242 Katella Ave., Suite 104
 2  Los Alamitos, CA 90720-2820
    Tel. (562) 799-1379
 3  Fax. (562) 799-1377

 4  For the Estate of Helene S. Nemirow et al
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased.<br><br>　　　　　　　Plaintiffs,<br><br>v<br><br>MCKAY MCKINNON, M.D., THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>　　　　　　　Defendants. | Civil Action No. 07CV6413<br><br>Judge George M. Marovich<br><br>Magistrate Judge Nan R. Nolan<br><br>RECEIVED<br><br>FEB 2 6 2008<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### AGREED MOTION FOR EXTENSION OF TIME
### TO FILE AMENDED COMPLAINT

Plaintiffs, the Estate of Helene S. Nemirow; Irma Carver; Madeleine Kates and Lawrence H. Nemirow, moves this court for an extension of time until March 14, 2008, to file an amended complaint. In support of this motion, Plaintiffs state as follows:

　　1.　The original complaint in this mater was filed on November 13, 2007. After

---
1
AGREED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

1  receiving an extension of time to respond, Defendants, the University of Chicago
2  Hospitals and the University of Chicago filed a motion to dismiss on January 28, 2008.
3     2. Plaintiff's response to the motion to dismiss was to be due on March 5, 2008.
4     3. Plaintiff's now seek leave to amend the complaint, which will have the effect
5  of mooting the motion to dismiss. In order to prepare the amended complaint fully,
6  Plaintiff's require a slight continuance of time until March 14, 2008 to file an amended
7  complaint.
8     4. Plaintiffs have conferred with counsel for the University of Chicago
9  defendants, and they agree to the motion and do not object to either the request for
10 leave to amend or the extension of time until March 14, 2008 to file and amended
11 complaint.
12    **WHEREFORE**, Plaintiffs respectfully requests that the Court enter an order
13 allowing Plaintiffs leave to file an amended complaint, granting an extension of time
14 until March 14, 2008 to file an amended complaint, and grant such further and
15 additional relief as the Court deems just.

Respectfully submitted,

By _____
Lawrence H. Nemirow
on behalf of all Plaintiffs