Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

*Pro Se* for the Estate of Helene S. Nemirow et al

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MCKAY MCKINNON, M.D., THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>　　　　　Defendants. | Civil Action No. 07CV6413<br><br>**PROOF OF SERVICE**<br><br>Designation of Local Counsel<br>Application For Leave to Appear Pro Hac Vice<br>Attorney Appearance Form<br>Agreed Motion For Extension of Time To File Amended Complaint |

　　　I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years old and not a party to the within cause; my business address is 5242 Katella Ave., Suite 104, Los Alamitos, California 90720.

　　　On February 7, 2008 I served the foregoing document described as a) Designation of Local Counsel for Service; (b) Application For Leave To Appear Pro Hac Vice, c) Attorney Appearance Form; and d) Agreed Motion For Extension of Time To File Amended Complaint on the interested parties in this action by personally serving a true copy thereof as follows:

1

1  Brian T. Henry, Esq.
   Law Offices of Pretzel & Stouffer
2  One South Wacker Drive, Suite 2500
   Chicago, Illinois 60606-4673
3
   Kevin J. Clancy, Esq.
4  Lowis & Gellen, LLP
   200 West Adams Street, Suite 1900
5  Chicago, Illinois 60606

6  __X__  **BY MAIL**

7  ___  I **Deposited** the sealed envelope with the United States Postal Service with postage fully prepaid

8  _X_  By **Placing** the envelope for collection and mailing following our ordinary business practices.

9  I am readily familiar with this business's practice for collecting and processing correspondence for
10 mailing. On the same day that correspondence is placed for collection and mailing, it s deposited in
11 the ordinary course of business with the United States Postal Service in a sealed envelope with
12 postage fully prepaid.

13  ☒  **BY FACSIMILE**

14  ___  I caused such documents to be faxed to the attorney of record at the firm whose address       d
15  facsimile number is listed above.

16  ___  **BY PERSONAL SERVICE**

17  ___  I caused such envelope to be delivered by hand to the offices of the addressee(s)

18  ___  I caused such true copies to be delivered by hand directly to the hand of the addressee(s)

19  _X_  I declare under penalty of perjury under the laws of the State of California and the United States
20  of America that the foregoing is true and correct.

21  Executed on February 7, 2008 at Los Alamitos, California.

22
23                                              _____
                                                Lawrence H. Nemirow
24                                              Attorneys for Plaintiffs in *Pro Se*
25
26
27
28

2

PROOF OF SERVICE APPEARANCE ; APPLICATION FOR PRO HAC VICE; AND MOTION FOR EXTENSION OF TIME