**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Estate of Helene S. Nemirow, The, et al.
                                    Plaintiff,

v.                                                                Case No.: 1:07−cv−06413
                                                                Honorable George M. Marovich

McKay McKinnon, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge George M. Marovich :Plaintiffs' agreed motion for extension of time [39][44] are denied as moot. Counsel is to note that future motions that fail to comply with Local Rule 5.3(b) will be denied.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.