1  Lawrence H. Nemirow
   The Law Offices of Lawrence H. Nemirow, PC
2  5242 Katella Ave., Suite 104
   Los Alamitos, CA 90720-2820
3
   Robert A. Holstein
4  Holstein Law Offices, LLC
   19 South LaSalle Street, Suite 1500
5  Chicago, IL 60603

6  Attorneys for the Estate of Helene S. Nemirow

7              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
8                   EASTERN DIVISION

9

10  THE ESTATE OF HELENE S. )          Civil Action No. 07-cv-6413
    NEMIROW; by the estate )
11  administrator LAWRENCE H. )
    NEMIROW                  )          **PLAINTIFF'S NOTICE OF**
12                           )          **DISMISSAL OF DEFENDANT**
               Plaintiff,    )          **MCKAY MCKINNON, M.D.**
13                           )
                             )
14  v                        )
                             )
15                           )
    MCKAY MCKINNON, M.D., THE )
16  THE UNIVERSITY OF CHICAGO )
    HOSPITALS, an Illinois )
17  corporation; THE UNIVERSITY )
    OF CHICAGO, an Illinois not-for- )
18  profit corporation; and )
    DOES 1 through 50, Inclusive )
19                           )
                             )
20             Defendants.   )
   ──────────────────────────)
21

22

23     1.  Plaintiff is THE ESTATE OF HELENE S. NEMIROW, by LAWRENCE H.

24  NEMIROW; Defendant is MCKAY MCKINNON M.D.

25     2.  On November 13, 2007 Plaintiff sued defendant. On March 8, 2008 Plaintiff

26  filed a First Amended Complaint against defendant.

27     3.  This Defendant has been served with process and the First Amended

28  Complaint and has not filed an answer or a motion for summary judgment.

1      4.   This case is not a class action.

2      5.   A receiver has not been appointed in this case.

3      6.   This case is not governed by any federal statute that requires a court order for

4  dismissal of the case.

5      7.   Plaintiff has not dismissed an action based on or including the same claims as

6  those presented in this suit, except for the dismissal of defendant McKay McKinnon,

7  M.D. by Plaintiff Lawrence H. Nemirow as beneficiary, in the original complaint.

8      8.   This dismissal is without prejudice to refiling.

9      9.   Only defendant MCKAY MCKINNON, M.D. is dismissed from this First

10  Amended Complaint.

11  Dated:  March 16, 2008

12                         The Law Offices Of Lawrence H. Nemirow, PC

13

14                      By _____

15                        Lawrence H. Nemirow, Attorney Pro Hac Vice
for The Estate of Helene S. Nemirow

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT MCKAY MCKINNON, MD

## CERTIFICATE OF SERVICE

The Undersigned, an attorney appearing Pro Hac Vice on behalf of the Plaintiff, The Estate of Helene S. Nemirow, certifies that on March 16 , 2008, he electronically filed the foregoing document with the clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record in this case including the following:

| LOCAL ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| **Robert A. Holstein**<br>Holstein Law Offices, LLC<br>19 South LaSalle Street, Suite 1500<br>Chicago, Illinois 60603 | **Kevin J. Clancy**<br>**Scott Russell Wolfe**<br>Lowis & Gellen, LLP<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>Representing University of Chicago Hospitals<br><br>**Brian T. Henry**<br>**Christine J. Iversen**<br>Law Offices of Pretzel & Stouffer<br>One South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606-4673<br>Representing McKay McKinnon, M.D. |

Lawrence H. Nemirow, Attorney Pro Hac Vice
for The Estate of Helene S. Nemirow