Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

Robert A. Holstein
Holstein Law Offices, LLC
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
Tel. (312) 306-8000

Attorney's for the Estate of Helene S. Nemirow

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; by the estate administrator LAWRENCE H. NEMIROW<br><br>Plaintiff,<br><br>v<br><br>MCKAY MCKINNON, M.D., THE THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>Defendants. | Civil Action No. 07-cv-6413<br><br>Judge George Marovich<br>Mag. Judge Nolan<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

TO: THE ABOVE-ENTITLED COURT

Plaintiff THE ESTATE OF HELENE S. NEMIROW (hereafter "Plaintiff") hereby requests that the Honorable Court order the Clerk of the above-titled Court to enter default in this matter against Defendants THE UNIVERSITY OF CHICAGO HOSPITALS and THE UNIVERSITY OF CHICAGO (collectively "Defendants) on

1

REQUEST FOR ENTRY OF DEFAULT

1 the grounds that Defendants have failed to respond to Plaintiff's First Amended
2 Complaint within the time prescribed by Federal Rule of Civil Procedure 15 (a) (3).
3   As evidenced by the E-filing docket sheet for this case, Plaintiff E-filed the First
4 Amended Complaint on March 8, 2008, and Defendants received an email certificate
5 of service from the Court.
6   Pursuant to Rule 15 (a) (3), " ...any required response to an amended pleading
7 must be made within the time remaining to respond to the original pleading, or within
8 10 days after service of the amended pleading, whichever is later". Accordingly,
9 Defendants should have filed a responsive pleading on or before March 18, 2008.
10 No such responsive pleading has been filed, and therefore Plaintiff requests that the
11 Court Order the Clerk enter default in this matter.
12   The above-stated facts are set forth in the accompanying declaration of Lawrence
13 H. Nemirow, filed herewith.
14 Date: March 28, 2008

By _____
LAWRENCE H. NEMIROW
Attorney for the Estate
of HELENE S. NEMIROW

2
REQUEST FOR ENTRY OF DEFAULT

## CERTIFICATE OF SERVICE

The Undersigned, an attorney appearing Pro Hac Vice on behalf of the Plaintiff, The Estate of Helene S. Nemirow, certifies that on March 29 , 2008, he electronically filed the foregoing document titled Request For Entry of Default with the clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record in this case including the following:

| LOCAL ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| --- | --- |
| **Robert A. Holstein**<br>Holstein Law Offices, LLC<br>19 South LaSalle Street, Suite 1500<br>Chicago, Illinois 60603 | **Kevin J. Clancy**<br>**Scott Russell Wolfe**<br>Lowis & Gellen, LLP<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>Representing University of Chicago Hospitals<br><br>**Brian T. Henry**<br>**Christine J. Iversen**<br>Law Offices of Pretzel & Stouffer<br>One South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606-4673<br>Representing McKay McKinnon, M.D. |

On March 29, 2008 I also served the foregoing document on the interested parties listed above **BY MAIL**, By **Placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it s deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

_Lawrence H. Nemirow_
Lawrence H. Nemirow, Attorney Pro Hac Vice
for The Estate of Helene S. Nemirow