Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

Robert A. Holstein
Holstein Law Offices, LLC
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
Tel. (312) 306-8000

ATTORNEYS for the Estate of Helene S. Nemirow et al

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased.<br><br>Plaintiffs,<br><br>v<br><br>MCKAY MCKINNON, M.D., THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>Defendants. | Civil Action No. 07CV6413<br><br>Judge George Marovich<br>Mag. Judge Nolan<br><br>**DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF REQUEST FOR DEFAULT** |

Declaration of LAWRENCE H. NEMIROW.

I, LAWRENCE H. NEMIROW, declare as follows:

1. I am an attorney at law appearing Pro Hac Vice on behalf of the ESTATE OF HELENE S. NEMIROW DECEASED, and I am administrator for said estate. If called

1

DECLARATION OF LAWRENCE H. NEMIROW IN SUPPORT OF REQUEST FOR DEFAULT

to testify to any of the facts stated hereunder, I could an would testify.

2. The original Complaint in this matter was filed on November 14, 2007. (Docket Entry No. 1 on the E-Filing Docket Sheet Attached as Exhibit I).

3. Defendants the University of Chicago Hospitals and the University of Chicago Moved to dismiss the original Complaint on January 28, 2008 (Docket Entry No. 20).

4. Plaintiff, after discussions with counsel for Defendants the University of Chicago Hospitals and the University of Chicago, filed an Agreed Motion For Extension of Time To File a First Amended Complaint on March 4, 2008 (Docket Entry No. 44) which provided that Plaintiff would file a First Amended Complaint in this matter by March 14, 2008.

5. Plaintiff filed the First Amended Complaint on March 8, 2008 with a Certificate of Service as required by the local rules (Docket Entry No. 47). Plaintiff received email notification of the Docket Entry the same day from the Court.

6. Plaintiff filed a Voluntary Dismissal without prejudice in favor of Defendant McKay McKinnon only, on March 17, 2008. (Docket Entry No. 51).

7. More than twenty days (20 days) has passed, including today, since the filing of the First Amended Complaint, and no responsive pleading has been filed by Defendants the University of Chicago Hospitals and the University of Chicago as required by Federal Rules of Civil Procedure 15 (a) (3).

8. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by the Request for Entry of Default filed concurrently with this declaration and this declaration..

9. Defendant is not an infant, an incompetent person, or in military service.

10. Therefore default in this matter should be entered by the Court.

I, LAWRENCE H. NEMIROW declare, under penalty of perjury under the laws of the State of California, the State of Illinois, and United States of America, the foregoing is true and correct.

///

1  EXECUTED in Los Alamitos, California on March 28, 2008

*Lawrence H. Nemirow*

LAWRENCE H. NEMIROW

## CERTIFICATE OF SERVICE

The Undersigned, an attorney appearing Pro Hac Vice on behalf of the Plaintiff, The Estate of Helene S. Nemirow, certifies that on March 29 , 2008, he electronically filed the foregoing document titled Declaration Under Penalty of Perjury In Support of Request For Default with the clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record in this case including the following:

| LOCAL ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| **Robert A. Holstein**<br>Holstein Law Offices, LLC<br>19 South LaSalle Street, Suite 1500<br>Chicago, Illinois 60603 | **Kevin J. Clancy**<br>**Scott Russell Wolfe**<br>Lowis & Gellen, LLP<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>Representing University of Chicago Hospitals<br><br>**Brian T. Henry**<br>**Christine J. Iversen**<br>Law Offices of Pretzel & Stouffer<br>One South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606-4673<br>Representing McKay McKinnon, M.D. |

On March 29, 2008 I also served the foregoing document on the interested parties listed above **BY MAIL,** By **Placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it s deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

_____
Lawrence H. Nemirow, Attorney Pro Hac Vice
for The Estate of Helene S. Nemirow