# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06413

NOLAN

Estate of Helene S. Nemirow, The et al v. McKinnon et al
Assigned to: Honorable George M. Marovich
Demand: $75,000
Cause: 28:1332 Diversity-Wrongful Death

Date Filed: 11/13/2007
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

Estate of Helene S. Nemirow, The          represented by **Lawrence Harvey Nemirow**
                                                         The Law Offices of Lawrence H. Nemirow, APC
                                                         5242 Katella Ave
                                                         Suite 104
                                                         Los Alamitos, CA 90720
                                                         562-799-1379
                                                         Email: nemirow@aol.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert A. Holstein**
                                                         Holstein Law Offices LLC
                                                         19 South LaSalle Street
                                                         Suite 1500
                                                         Chicago, IL 60603
                                                         (312)906-8000
                                                         Email: holsteinlaw@sbcglobal.net
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Irma Carver                              represented by **Lawrence Harvey Nemirow**
*TERMINATED: 03/08/2008*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert A. Holstein**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Madeleine Kates**
TERMINATED: 03/08/2008

**Plaintiff**
**Lawrence Harvey Nemirow**
*as survivors of Helene S. Nemirow, deceased*

V.

**Defendant**
**M.D. McKay McKinnon**

represented by **Lawrence Harvey Nemirow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Holstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

represented by **Lawrence Harvey Nemirow**
The Law Offices of Lawrence H. Nemirow, APC
5242 Katella Ave
Suite 104
Los Alamitos1, CA 90720
562-799-1379
*ATTORNEY TO BE NOTICED*

**Robert A. Holstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

represented by **Brian Thomas Henry**
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2200
Chicago, IL 60606-4673
(312) 346-1973
Email: bhenry@pretzel-stouffer.com
*ATTORNEY TO BE NOTICED*

**Christine J. Iversen**
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2200
Chicago, IL 60606-4673
(312) 346-1973
Email: civersen@pretzel-stouffer.com
*ATTORNEY TO BE NOTICED*

**Defendant**
University of Chicago Hospitals, The
*an Illinois corporation*

represented by **Kevin J. Clancy**
Lowis & Gellen
200 West Adams
Suite 1900
Chicago, IL 60606
(312) 364-2500
Email: kclancy@lowis-gellen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Russell Wolfe**
Lowis & Gellen, LLP
200 West Adams
Suite 1900
Chicago, IL 60606
312 364 2500
Email: swolfe@lowis-gellen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
University of Chicago, The
*an Illinois not-for-profit corporation*

represented by **Kevin J. Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Russell Wolfe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
Does
*1 Through 50, Inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2007 | 1 | COMPLAINT filed by Estate of Helene S. Nemirow, The, Irma Carver, Madeleine Kates, Lawrence H. Nemirow; Jury Demand. Filing fee $ 350.(gej, ) (Entered: 11/14/2007) |
| 11/13/2007 | 2 | CIVIL Cover Sheet (gej, ) (Entered: 11/14/2007) |
| 11/13/2007 | 3 | PRO SE Appearance by Plaintiff Lawrence H. Nemirow. (gej, ) (Entered: 11/14/2007) |

| Date | # | Description |
|---|---|---|
| 12/04/2007 | 5 | WAIVER OF SERVICE returned executed by Lawrence H. Nemirow. McKay McKinnon waiver sent on 11/19/2007, answer due 1/18/2008. (gej, ) (Entered: 12/06/2007) |
| 12/10/2007 | 6 | WAIVER OF SERVICE returned executed by Lawrence H. Nemirow. University of Chicago Hospitals, The waiver sent on 11/19/2007, answer due 1/18/2008. (gej, ) (Entered: 12/12/2007) |
| 01/07/2008 | 7 | ATTORNEY Appearance for Defendant McKay McKinnon by Brian Thomas Henry (Attachments: # 1)(Henry, Brian) (Entered: 01/07/2008) |
| 01/11/2008 | 8 | WAIVER OF SERVICE returned executed by Lawrence H. Nemirow. University of Chicago, The waiver sent on 11/19/2007, answer due 1/18/2008. (gej, ) (Entered: 01/15/2008) |
| 01/18/2008 | 9 | ATTORNEY Appearance for Defendant McKay McKinnon by Christine J. Iversen (Iversen, Christine) (Entered: 01/18/2008) |
| 01/18/2008 | 10 | MOTION by Defendant McKay McKinnon to dismiss (Iversen, Christine) (Entered: 01/18/2008) |
| 01/18/2008 | 11 | MEMORANDUM of Law in Support of Defendant McKay McKinnon, M.D's Motion to Dismiss (Iversen, Christine) (Entered: 01/18/2008) |
| 01/18/2008 | 12 | NOTICE of Motion by Christine J. Iversen for presentment of motion to dismiss 10 before Honorable George M. Marovich on 2/5/2008 at 10:30 AM. (Iversen, Christine) (Entered: 01/18/2008) |
| 01/18/2008 | 13 | ATTORNEY Appearance for Defendant McKay McKinnon by Christine J. Iversen (Iversen, Christine) (Entered: 01/18/2008) |
| 01/18/2008 | 14 | NOTICE of Motion by Christine J. Iversen for presentment of motion to dismiss 10 before Honorable George M. Marovich on 2/5/2008 at 10:30 AM. (Iversen, Christine) (Entered: 01/18/2008) |
| 01/22/2008 | 15 | REQUEST For Entry of Default by Plaintiffs; (Exhibits).(gej, ) (Entered: 01/24/2008) |
| 01/28/2008 | 16 | ATTORNEY Appearance for Defendants University of Chicago Hospitals, The, University of Chicago, The by Kevin J. Clancy (Clancy, Kevin) (Entered: 01/28/2008) |
| 01/28/2008 | 17 | MOTION by Defendants University of Chicago Hospitals, The, University of Chicago, The for extension of time to Answer or Otherwise Plead (Clancy, Kevin) (Entered: 01/28/2008) |
| 01/28/2008 | 18 | NOTICE of Motion by Kevin J. Clancy for presentment of extension of time 17 before Honorable George M. Marovich on 2/5/2008 at 10:30 AM. (Clancy, Kevin) (Entered: 01/28/2008) |
| 01/28/2008 | 19 | RESPONSE by Defendants University of Chicago Hospitals, The, University of Chicago, The to request for default 15 (Clancy, Kevin) (Entered: 01/28/2008) |
| 01/28/2008 | 20 | MOTION by Defendants University of Chicago Hospitals, The, University of Chicago, The to dismiss *Counts IX-XVIII of Plaintiffs' Complaint* (Clancy, Kevin) (Entered: 01/28/2008) |
| 01/28/2008 | 21 | MEMORANDUM by University of Chicago Hospitals, The, University of Chicago, The in support of motion to dismiss 20 *Counts IX-XVIII of Plaintiffs' Complaint* (Clancy, Kevin) (Entered: 01/28/2008) |
| 01/28/2008 | 22 | NOTICE of Motion by Kevin J. Clancy for presentment of motion to dismiss 20 before Honorable George M. Marovich on 2/5/2008 at 10:30 AM. (Clancy, Kevin) (Entered: 01/28/2008) |
| 01/28/2008 | 23 | MOTION by Defendants University of Chicago Hospitals, The, University of Chicago, The for protective order *pursuant to HIPAA*. (Clancy, Kevin) (Entered: 01/28/2008) |

| Date | # | Description |
|---|---|---|
| 01/28/2008 | 24 | NOTICE of Motion by Kevin J. Clancy for presentment of motion for protective order 23 before Honorable George M. Marovich on 2/5/2008 at 10:30 AM. (Clancy, Kevin) (Entered: 01/28/2008) |
| 01/28/2008 | 25 | ATTORNEY Appearance for Defendants University of Chicago Hospitals, The, University of Chicago, The by Scott Russell Wolfe (Wolfe, Scott) (Entered: 01/28/2008) |
| 01/28/2008 | 26 | ATTORNEY Appearance for Defendants University of Chicago Hospitals, The, University of Chicago, The by Scott Russell Wolfe *(AMENDED)* (Wolfe, Scott) (Entered: 01/28/2008) |
| 01/29/2008 | 28 | MEMORANDUM in Support of Motion for Continuance by Plaintiff (gej, ) (Entered: 01/30/2008) |
| 01/29/2008 | 29 | MEMORANDUM of Law in Opposition to Defendant McKay McKinnon, M.D.'s Motion to Dismiss by Plaintiffs.(gej, ) (Entered: 01/30/2008) |
| 01/29/2008 | 30 | DECLARATION of Lawrence H. Nemirow Under Penalty of Perjury in Opposition to Defendant McKay McKinnon M.D.'s Motion to Dismiss. (gej, ) (Entered: 01/30/2008) |
| 01/30/2008 | 27 | MINUTE entry before Judge George M. Marovich :Motion hearing set for 2/5/2008 is stricken. Plaintiffs' request for entry of default 15 is denied for failure to comply with Local Rule 78.2. Defendants The University of Chicago Hospitals and The University of Chicago's motion for extension of time to answer or otherwise plead 17 is granted. Any objections to the motion for a qualified protective order pursuant to HIPAA shall be due 2/15/2008. Briefing schedule set on all motions to dismiss 10 20 as follows: responses due by 3/5/2008; replies due by 3/26/2008; rule by mail.Mailed notice (clw, ) (Entered: 01/30/2008) |
| 02/05/2008 | 31 | MINUTE entry before Judge George M. Marovich :Plaintiff's motion for continuance is moot.Mailed notice (clw, ) (Entered: 02/05/2008) |
| 02/12/2008 | 32 | MEMORANDUM in Support of Motion for Voluntary Dismissal as to Defendant McKay McKinnon, M.D. by Plaintiffs. (gej, ) (Entered: 02/14/2008) |
| 02/12/2008 | 33 | STIPULATION of Dismissal as to Defendant McKay McKinnon, MD. (gej, ) (Entered: 02/14/2008) |
| 02/15/2008 | 34 | PROOF of Service Dismissal Related Documents Re Defendant McKay McKinnon, M.D. by Plaintiffs.(gej, ) (Entered: 02/14/2008) |
| 02/15/2008 | 35 | MINUTE entry before Judge George M. Marovich : Pursuant to a stipulation of dismissal, plaintiff Lawrence H. Nemirow's claims against defendant McKinnon are dismissed with prejudice, each side to bear his or its own costs and fees. The claims of the other pro se plaintiffs against defendant McKinnon are not dismissed because the other pro se plaintiffs did not sign the stipulation of dismissal. Lawrence Nemirow cannot represent other pro se plaintiffs without filing an appearance on each other plaintiff's behalf. Mailed notice (td, ) (Entered: 02/19/2008) |
| 02/19/2008 | 40 | MEMORANDUM by Estate of Helene S. Nemirow, The, Irma Carver, Madeleine Kates, Lawrence Harvey Nemirow in Opposition to The University of Chicago and University of Chicago Hospital's motion to dismiss 20 . (Attachments: # 1 Proof of Service)(gej, ) (Entered: 02/21/2008) |
| 02/19/2008 | 41 | DECLARATION Under Penalty of Perjury in Opposition to Defendants University of Chicago's and University of Chicago Hospital's Motion to Dismiss by Lawrence H. Nemirow. (Attachments: # 1 Proof of Service)(gej, ) (Entered: 02/21/2008) |
| 02/20/2008 | 36 | ATTORNEY Appearance for Plaintiff Irma Carver by Lawrence Harvey Nemirow (Nemirow, Lawrence) (Entered: 02/20/2008) |
| 02/20/2008 | 37 | ATTORNEY Appearance for Plaintiff Madeleine Kates by Lawrence Harvey Nemirow (Nemirow, Lawrence) (Entered: 02/20/2008) |
| 02/20/2008 | 38 | ATTORNEY Appearance for Plaintiff Estate of Helene S. Nemirow, The by Lawrence Harvey Nemirow (Nemirow, Lawrence) (Entered: 02/20/2008) |
| 02/20/2008 | 39 | MOTION by Plaintiff Estate of Helene S. Nemirow, The for extension of time to amend complaint 1 and by *Plaintiffs Irma Carver, Madeleine Kates and Lawrence Nemirow* (Nemirow, Lawrence) (Entered: 02/20/2008) |

| Date | # | Description |
|---|---|---|
| 03/04/2008 | 42 | ATTORNEY Appearance for Plaintiff Estate of Helene S. Nemirow, The by Lawrence Harvey Nemirow (Nemirow, Lawrence) (Entered: 03/04/2008) |
| 03/04/2008 | 43 | DESIGNATION of Lawrence Harvey Nemirow as U.S. Attorney for Plaintiff Estate of Helene S. Nemirow, The (Nemirow, Lawrence) (Entered: 03/04/2008) |
| 03/04/2008 | 44 | MOTION by Plaintiff Estate of Helene S. Nemirow, The for extension of time (Nemirow, Lawrence) (Entered: 03/04/2008) |
| 03/04/2008 | 45 | AFFIDAVIT of Service filed by Plaintiff Estate of Helene S. Nemirow, The regarding Designation of Local Counsel; Application For Leave To Appear Pro Hac Vice, Attorney Appearance Form, Agreed Motion To Extend Time To File Amended Complaint served on Brian T. Henry, Esq; Kevin J. Clancy, Esq. on February 7, 2008 (Nemirow, Lawrence) (Entered: 03/04/2008) |
| 03/04/2008 | 46 | MOTION by Plaintiff Estate of Helene S. Nemirow, The for leave to appear as Pro Hac Vice (Nemirow, Lawrence) (Document entered in Error) (Entered: 03/04/2008) |
| 03/08/2008 | 47 | First AMENDED complaint by Estate of Helene S. Nemirow, The against all defendants (Nemirow, Lawrence) (Entered: 03/08/2008) |
| 03/11/2008 | 48 | MINUTE entry before Judge George M. Marovich :Plaintiffs' agreed motion for extension of time 39 44 are denied as moot. Counsel is to note that future motions that fail to comply with Local Rule 5.3(b) will be denied.Mailed notice (clw, ) (Entered: 03/11/2008) |
| 03/11/2008 | 49 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Estate of Helene S. Nemirow, The, Irma Carver, Madeleine Kates, Lawrence Harvey Nemirow by Lawrence Harvey Nemirow; Order entered granting leave by Judge George M. Marovich. Filing fee $ 50 paid, receipt number 1116836. (gej, ) (Entered: 03/12/2008) |
| 03/17/2008 | 50 | ATTORNEY Appearance for Plaintiffs Estate of Helene S. Nemirow, The, Lawrence Harvey Nemirow by Robert A. Holstein *Attorney Appearance* (Holstein, Robert) (Entered: 03/17/2008) |
| 03/17/2008 | 51 | NOTICE of Voluntary Dismissal by Estate of Helene S. Nemirow, The (Nemirow, Lawrence) (Entered: 03/17/2008) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 03/28/2008 21:30:26 | |
| PACER Login: | ln0307 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-06413 |
| Billable Pages: | 4 | Cost: | 0.32 |