Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

Robert A. Holstein
Holstein Law Offices, LLC
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
Tel. (312) 306-8000

ATTORNEYS for the Estate of Helene S. Nemirow et al

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; IRMA CARVER; MADELEINE KATES and LAWRENCE H. NEMIROW, as survivors of HELENE S. NEMIROW, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>MCKAY MCKINNON, M.D., THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>Defendants. | Civil Action No. 07CV6413<br><br>**[PROPOSED] ORDER ON ENTRY OF DEFAULT** |

After considering plaintiff THE ESTATE OF HELENE S. NEMIROW request for entry of default against defendants THE UNIVERSITY OF CHICAGO HOSPITALS and THE UNIVERSITY OF CHICAGO, the certificate of service, the Declaration Under Penalty of Perjury by Lawrence H. Nemirow In Support Of Request For Entry

1  of Default, the E-Filing Docket Sheet, and other evidence on file, the Court
2  FINDS that the record supports entry of default and ORDERS the clerk to enter
3  default.
4  SIGNED on _____, 2008
5
6                                                              _____
                                                                U.S. DISTRICT JUDGE/CLERK
7                                                               U.S. DISTRICT COURT
8  APPROVED & ENTRY REQUESTED:
9  *Lawrence H. Nemirow* (signature)
   LAWRENCE H. NEMIROW
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

The Undersigned, an attorney appearing Pro Hac Vice on behalf of the Plaintiff, The Estate of Helene S. Nemirow, certifies that on March 29 , 2008, he electronically filed the foregoing document titled Propose Order On Entry Of Default with the clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record in this case including the following:

| LOCAL ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| **Robert A. Holstein**<br>Holstein Law Offices, LLC<br>19 South LaSalle Street, Suite 1500<br>Chicago, Illinois 60603 | **Kevin J. Clancy**<br>**Scott Russell Wolfe**<br>Lowis & Gellen, LLP<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>Representing University of Chicago Hospitals<br><br>**Brian T. Henry**<br>**Christine J. Iversen**<br>Law Offices of Pretzel & Stouffer<br>One South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606-4673<br>Representing McKay McKinnon, M.D. |

On March 29, 2008 I also served the foregoing document on the interested parties listed above **BY MAIL**, By **Placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it s deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

_____
Lawrence H. Nemirow, Attorney Pro Hac Vice
for The Estate of Helene S. Nemirow