## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ESTATE OF HELENE S. NEMIROW;  )
IRMA CARVER; MADELEINE KATES;  )
AND LAWRENCE H. NEMIROW,  )
as survivors of HELENE S. NEMIROW,  )
deceased,  )          No. 07-cv-6413
      )
      )
    Plaintiffs,  )
      )          Judge George M. Marovich
v.  )
      )          Magistrate Judge Nan R. Nolan
MCKAY MCKINNON, M.D.; THE  )
UNIVERSITY OF CHICAGO  )
HOSPITALS, an Illinois corporation; THE  )
UNIVERSITY OF CHICAGO, an Illinois  )
not-for-profit corporation; and DOES 1-50,  )
      )
    Defendants.  )

## MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, THE UNIVERSITY OF CHICAGO HOSPITALS ("UCH") and

THE UNIVERSITY OF CHICAGO ("The University") (collective "UC Defendants"), by

their attorneys, Scott R. Wolfe and Kevin J. Clancy of Lowis & Gellen, LLP, move this

Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's First

Amended Complaint. In support of this Motion, The UC Defendants refer to and

incorporate their Memorandum of Law In Support of Motion to Dismiss, filed

contemporaneously with this Motion.

Respectfully submitted,
THE   UNIVERSITY   OF   CHICAGO
HOSPITALS and THE UNIVERSITY OF
CHICAGO

By: _____
    One of Their Attorneys

Scott R. Wolfe (ARDC #6230545)
Kevin J. Clancy (ARDC #6217109)
Lowis & Gellen, LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
312-364-2500

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, certifies that on March 30, 2008, he electronically

filed the foregoing document with the Clerk of the Court using the CM/ECF system

which will send notification of such filing all counsel of record in this case including the

following:

| Counsel for Plaintiff | Counsel for Defendant McKay McKinnon, M.D. |
|---|---|
| Lawrence Harvey Nemirow<br>**The Law Offices of Lawrence H. Nemirow, APC**<br>5242 Katella Ave<br>Suite 104<br>Los Alamitos, CA 90720<br>562-799-1379<br>Email: nemirow@aol.com | Brian Thomas Henry<br>Christine J. Iversen<br>**Pretzel & Stouffer, Chtd.**<br>One South Wacker Drive<br>Suite 2200<br>Chicago, IL 60606-4673<br>(312) 346-1973<br>bhenry@pretzel-stouffer.com<br>civersen@pretzel-stouffer.com |
| **Counsel for Plaintiff** | |
| Robert A. Holstein<br>**Holstein Law Offices LLC**<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603<br>(312)906-8000<br>Email: holsteinlaw@sbcglobal.net | |