Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

Robert A. Holstein
Holstein Law Offices, LLC
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
Tel. (312) 306-8000

Attorney's for the Estate of Helene S. Nemirow

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; by the estate administrator LAWRENCE H. NEMIROW<br><br>Plaintiff,<br><br>v<br><br>MCKAY MCKINNON, M.D., THE THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>Defendants. | Civil Action No. 07-cv-6413<br><br>Judge George Marovich<br>Mag. Judge Nolan |

### MOTION TO STRIKE DEFENDANTS THE UNIVERSITY OF CHICAGO HOSPITALS and THE UNIVERSITY OF CHICAGO'S MOTION TO DISMISS AS BEING UNTIMELY

///

///

///

1  Plaintiff, THE ESTATE OF HELENE S. NEMIROW, by its attorney Lawrence
2  H. Nemirow, move this Court Pursuant to FRCP 55 and FRCP 15 (a) (3) and FRCP
3  12 et.al. to Strike Defendants THE UNIVERSITY OF CHICAGO HOSPITALS and
4  THE UNIVERSITY OF CHICAGO'S motion to dismiss as being untimely.
5  In support of this Motion, the Plaintiff refers to and incorporates its Memorandum
6  Of Points and Law In Support of Motion To Strike, filed contemporaneously with this
7  Motion.
8  Date: March 31, 2008

By _____
LAWRENCE H. NEMIROW
Attorney for the Estate
of HELENE S. NEMIROW

MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS AS BEING UNTIMELY

# CERTIFICATE OF SERVICE

The Undersigned, an attorney appearing Pro Hac Vice on behalf of the Plaintiff, The Estate of Helene S. Nemirow, certifies that on March 31, 2008, he electronically filed the foregoing document titled Motion To Strike Defendants The University of Chicago Hospitals and The University of Chicago's Motion To Dismiss with the clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record in this case including the following:

| LOCAL ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| **Robert A. Holstein**<br>Holstein Law Offices, LLC<br>19 South LaSalle Street, Suite 1500<br>Chicago, Illinois 60603 | **Kevin J. Clancy**<br>**Scott Russell Wolfe**<br>Lowis & Gellen, LLP<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>Representing University of Chicago Hospitals<br><br>**Brian T. Henry**<br>**Christine J. Iversen**<br>Law Offices of Pretzel & Stouffer<br>One South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606-4673<br>Representing McKay McKinnon, M.D. |

_____
Lawrence H. Nemirow, Attorney Pro Hac Vice
for The Estate of Helene S. Nemirow

MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS AS BEING UNTIMELY