Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

Robert A. Holstein
Holstein Law Offices, LLC
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
Tel. (312) 306-8000

Attorney's for the Estate of Helene S. Nemirow

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; by the estate administrator LAWRENCE H. NEMIROW<br><br>Plaintiff,<br><br>v<br><br>MCKAY MCKINNON, M.D., THE THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>Defendants. | Civil Action No. 07-cv-6413<br><br>Judge George Marovich<br>Mag. Judge Nolan |

### NOTICE OF MOTION

To all Defendants and their Attorney's of Record

PLEASE TAKE NOTICE that as soon as the Court sets dates for Counsel to be heard, I shall appear either telephonically or in person at the courts discretion before the Honorable Judge George M. Marovich, or any other judge sitting in his stead, in

1

NOTICE OF MOTION

the courtroom usually occupied by him in Courtroom 1944-C, 219 S. Dearborn Street, Chicago, Illinois, 60604 and then and there present The Estate of Helene Nemirow's **Motion to Strike Defendants Motion To Dismiss**, a copy of which is filed concurrently with this Motion.

Date: March 31, 2008

By *[signature]*
LAWRENCE H. NEMIROW
Attorney for the Estate
of HELENE S. NEMIROW

**CERTIFICATE OF SERVICE**

    The Undersigned, an attorney appearing Pro Hac Vice on behalf of the Plaintiff, The Estate of Helene S. Nemirow, certifies that on March 31, 2008, he electronically filed the foregoing document titled Notice of Motion with the clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record in this case including the following:

| LOCAL ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| **Robert A. Holstein**<br>Holstein Law Offices, LLC<br>19 South LaSalle Street, Suite 1500<br>Chicago, Illinois 60603 | **Kevin J. Clancy**<br>**Scott Russell Wolfe**<br>Lowis & Gellen, LLP<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>Representing University of Chicago Hospitals<br><br>**Brian T. Henry**<br>**Christine J. Iversen**<br>Law Offices of Pretzel & Stouffer<br>One South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606-4673<br>Representing McKay McKinnon, M.D. |

_____
Lawrence H. Nemirow, Attorney Pro Hac Vice
for The Estate of Helene S. Nemirow