# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6413 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Estate of Helen Nemirow v. McKinnon, et al. | | |

**DOCKET ENTRY TEXT:**

Motion [52] for default is denied because defendants have responded to the amended complaint. The attorneys in this case are expected to read and follow the Local Rules for the Northern District of Illinois, including but not limited to Rules 5.2(e) (which requires that a paper copy of every pleading be delivered to the Judge within one business day of electronic filing), 5.3(b) (which requires each filed motion to be noticed for a hearing date) and 78.2 (which provides for denial of motions that are not noticed up for hearing dates).

Docketing to mail notices.

| | Courtroom Deputy Initials: | cw |
|---|---|---|