UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Estate of Helene S. Nemirow, The, et al.
                              Plaintiff,

v.                                          Case No.: 1:07−cv−06413
                                            Honorable George M. Marovich

McKay McKinnon, et al.
                              Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

    MINUTE entry before Judge Honorable George M. Marovich:Motion hearing set for 4/8/2008 is stricken. Briefing schedule set on defendants The University of Chicago Hospitals and The University of Chicago's motion to dismiss the first amended complaint [55]: response due by 5/2/2008; reply due by 5/23/2008; rule by mail.Mailed notice(clw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.