# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6413 | **DATE** | 4/8/2008 |
| **CASE TITLE** | The Estate of Helene S. Nemirow V. McKinnon, et al. | | |

**DOCKET ENTRY TEXT**

Defendant McKay McKinnon, M.D. is dismissed as a party defendant. Defendant McKinnon's motion to dismiss [10] is moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|