**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Estate of Helene S. Nemirow, The, et al.

                                    Plaintiff,

v.
      Case No.: 1:07–cv–06413

      Honorable George M. Marovich

University of Chicago Hospitals, The, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable George M. Marovich:Plaintiff's motion to strike [58] is denied. Defendants The University of Chicago Hospitals and The University of Chicago's motion to dismiss plaintiff's complaint [20] is moot since an amended complaint was filed.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.