Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6413 | **DATE** | 4/10/2008 |
| **CASE TITLE** | The Estate of Helene S. Nemirow V. McKinnon, et al. | | |

**DOCKET ENTRY TEXT**

Defendants The University of Chicago Hospitals and The University of Chicago's motion for a qualifed protective order pursuant to HIPAA [23] is granted. Enter HIPAA Qualified Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|