IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW, <br><br> Plaintiff, <br><br> v <br><br> THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, <br><br> Defendants. | No. 07-cv-6413 <br><br> Judge George M. Marovich <br><br> Mag. Judge Nan. R. Nolan |

### REQUEST FOR RULING ON DEFENDANTS UNIVERSITY OF CHICAGO HOSPITALS' AND UNIVERSITY OF CHICAGO'S MOTION TO DISMISS

NOW COMES Lawrence H. Nemirow, attorney for Plaintiff, THE ESTATE OF HELENE S. NEMIROW, and respectfully requests that this Court issue a ruling on Defendants the University of Chicago Hospitals and the University of Chicago's Motion to Dismiss Plaintiff's First amended Complaint.

1. Plaintiff filed its First Amended Complaint on March 8, 2008 (Docket No. 47).

2. Defendants filed their Motion to Dismiss on March 30, 2008 (Docket No. 55).

3. Plaintiff's Memorandum In Opposition To Defendants Motion was filed on April 10, 2008 (Docket No. 69).

4. Defendants Reply was filed on May 22, 2008 (Docket No. 70).

1

5. The Statute of Limitations against existing and potential new defendants expires on September 14, 2008.

6. This Court has not set any schedules in this matter, including discovery schedules, and therefore Defendants have not produced any discovery that could lead to the identification of new defendants.

**WHEREFORE**, Plaintiff respectfully requests that the Court issue a ruling on Defendants University of Chicago Hospitals and University of Chicago's Motion to Dismiss so that Plaintiff's rights to amend or add new parties if necessary is protected.

Respectfully Submitted

Date: August 13, 2008

By _/s/ Lawrence H. Nemirow_
LAWRENCE H. NEMIROW
Attorney for the Estate
of HELENE S. NEMIROW

## CERTIFICATE OF SERVICE

The Undersigned, an attorney appearing Pro Hac Vice on behalf of the Plaintiff, The Estate of Helene S. Nemirow, certifies that on August 13, 2008, he electronically filed the foregoing document titled Request for Ruling on Defendants Motion To Dismiss Plaintiff's First Amended Complaint to Defendants The University of Chicago Hospitals and The University of Chicago with the clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record in this case including the following:

| LOCAL ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| **Robert A. Holstein**<br>Holstein Law Offices, LLC<br>19 South LaSalle Street, Suite 1500<br>Chicago, Illinois 60603 | **Kevin J. Clancy**<br>**Scott Russell Wolfe**<br>Lowis & Gellen, LLP<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>Representing University of Chicago Hospitals |

_____
Lawrence H. Nemirow, Attorney Pro Hac Vice
for The Estate of Helene S. Nemirow