Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

*Pro Se* for the Estate of Helene S. Nemirow et al

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; LAKEVIEW NURSING AND REHABILITATION CENTER INC., an Illinois corporation, and DOES 2 through 50, Inclusive<br><br>Defendants. | Civil Action No. 07-CV-6413<br><br>**CERTIFICATE OF SERVICE** |

The Undersigned,, certifies that on September 6, 2008, he electronically filed A Motion For Leave to File a Second Amended Complaint, a Second Amended Complaint, and a Summons with regard to Lakeview Nursing and Rehabilitation Center, Inc. with the clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record in this case including the following:

1

CERTIFICATE OF SERVICE MOTION TO FILE SECOND AMENDED COMPLAINT, SECOND AMENDED COMPLAINT AND SUMMONS

| LOCAL ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| **Robert A. Holstein** | **Kevin J. Clancy** |
| Holstein Law Offices, LLC | **Scott Russell Wolfe** |
| 19 South LaSalle Street, Suite 1500 | Lowis & Gellen, LLP |
| Chicago, Illinois 60603 | 200 West Adams Street, Suite 1900 |
| | Chicago, Illinois 60606 |
| | Representing University of Chicago Hospitals |

_[signature]_
Lawrence H. Nemirow
Attorney for The Estate of Helene S. Nemirow