AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE ESTATE OF HELENE S. NEMIROW

CASE NUMBER: 07-cv-6413

V.

ASSIGNED JUDGE: Hon. George M. Marovich

THE UNIVERSITY OF CHICAGO HOSPITALS, THE UNIVERSITY OF CHICAGO, and LAKEVIEW NURSING and REHABILITATION CENTER, INC.

DESIGNATED MAGISTRATE JUDGE: Hon. Nan R. Nolan

TO: (Name and address of Defendant)

LAKEVIEW NURSING AND REHABILITATION CENTER, INC.
C/O SAM BOREK, AGENT
3545 LAKE AVE.
WILMETTE, IL 60091

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE H. NEMIROW
THE LAW OFFICES OF LAWRENCE H. NEMIROW
5242 KATELLA AVE., SUITE 104
LOS ALAMITOS, CA 90720

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                           DATE