1  Lawrence H. Nemirow
   5242 Katella Ave., Suite 104
2  Los Alamitos, CA 90720-2820
   Tel. (562) 799-1379
3  Fax. (562) 799-1377

4  Robert A. Holstein
   Holstein Law Offices, LLC
5  19 South LaSalle Street, Suite 1500
   Chicago, IL 60603
6  Tel. (312) 306-8000

7  Attorney's for the Estate of Helene S. Nemirow

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF ILLINOIS**

10

11

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; by the estate administrator LAWRENCE H. NEMIROW,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive<br><br>Defendants. | Civil Action No. 07-cv-6413<br><br>Judge George M. Marovich<br>Mag. Judge Nan. R. Nolan<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

**NOTICE OF MOTION**

To all Defendants and their Attorney's of Record

PLEASE TAKE NOTICE that on October 7, 2008 at 10:30 A.M. or as soon as the Court sets dates for Counsel to be heard, I shall appear either telephonically or in person at the courts discretion before the Honorable Judge George M. Marovich, or

1 any other judge sitting in his stead, in the courtroom usually occupied by him in
2 Courtroom 1944-C, 219 S. Dearborn Street, Chicago, Illinois, 60604 and then and
3 there present The Estate of Helene Nemirow's **Motion For Leave To File A Second**
4 **Amended Complaint.**

                                      Respectfully Submitted,

6 Dated: September 11, 2008

                          THE LAW OFFICES OF LAWRENCE H. NEMIROW

                          *[signature]*

                          Lawrence H. Nemirow
                          Attorney for Plaintiff
                          The Estate of Helene S. Nemirow

Notice of Motion For Leave To File A Second Amended Complaint