1  Lawrence H. Nemirow
   5242 Katella Ave., Suite 104
2  Los Alamitos, CA 90720-2820
   Tel. (562) 799-1379
3  Fax. (562) 799-1377

4  Robert A. Holstein
   Holstein Law Offices, LLC
5  19 South LaSalle Street, Suite 1500
   Chicago, IL 60603
6  Tel. (312) 306-8000

7  Attorney's for the Estate of Helene S. Nemirow

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF ILLINOIS**

10

11

| | |
|---|---|
| 12  THE ESTATE OF HELENE S. NEMIROW; by the estate administrator LAWRENCE H. NEMIROW | Civil Action No. 07-cv-6413 |
| 13 | Judge George M. Marovich |
|    | Mag. Judge Nan. R. Nolan |
| 14          Plaintiff, | |
| 15 | NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT |
| 16  v | |
| 17  THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive | |
| 18 | |
| 19 | |
| 20 | |
| 21          Defendants. | |
| 22 | |

23

24                  NOTICE OF MOTION

25  To all Defendants and their Attorney's of Record

26  PLEASE TAKE NOTICE that on October 7, 2008 at 10:30 A.M. or as soon as the

27 Court sets dates for Counsel to be heard, I shall appear either telephonically or in

28 person at the courts discretion before the Honorable Nan Nolan, or any other judge

---

Notice of Motion For Leave To File A Second Amended Complaint

sitting in her stead, in the courtroom usually occupied by him in Courtroom 1944-C, 219 S. Dearborn Street, Chicago, Illinois, 60604 and then and there present The Estate of Helene Nemirow's **Motion For Leave To File A Second Amended Complaint**.

Respectfully Submitted,

Dated: September 11, 2008

THE LAW OFFICES OF LAWRENCE H. NEMIROW

*[signature]*

Lawrence H. Nemirow
Attorney for Plaintiff
The Estate of Helene S. Nemirow

Notice of Motion For Leave To File A Second Amended Complaint