Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

Robert A. Holstein
Holstein Law Offices, LLC
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
Tel. (312) 306-8000

Attorney's for the Estate of Helene S. Nemirow

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW; by the estate administrator LAWRENCE H. NEMIROW, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF CHICAGO HOSPITALS, an Illinois corporation; THE UNIVERSITY OF CHICAGO, an Illinois not-for-profit corporation; and DOES 1 through 50, Inclusive <br><br> Defendants. | Civil Action No. 07-cv-6413 <br><br> Judge George M. Marovich <br> Mag. Judge Nan. R. Nolan |

## MOTION TO FILE A SECOND AMENDED COMPLAINT

Plaintiff, The ESTATE OF HELENE S. NEMIROW, by and through its attorneys Lawrence H. Nemirow of the Law Offices of Lawrence H. Nemirow, move this Court pursuant to Federal Rule of Civil Procedure 15(a) for leave to file a second amended complaint. I support of this Motion, the Plaintiff THE ESTATE OF HELENE S.

1

MOTION TO FILE A SECOND AMENDED COMPLAINT

NEMIROW, refer to and incorporate its Memorandum of Law in Support of Motion to Dismiss, filed contemporaneously with this Motion.

Respectfully Submitted,

Dated: September 13, 2008

THE LAW OFFICES OF LAWRENCE H. NEMIROW

_____
Lawrence H. Nemirow
Attorney for Plaintiff
The Estate of Helene S. Nemirow

# CERTIFICATE OF SERVICE

The Undersigned, an attorney appearing Pro Hac Vice on behalf of the Plaintiff, The Estate of Helene S. Nemirow, certifies that on September 13, 2008, he electronically filed the foregoing document titled MOTION TO FILE A SECOND AMENDED COMPLAINT with the clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record in this case including the following:

| LOCAL ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| **Robert A. Holstein**<br>Holstein Law Offices, LLC<br>19 South LaSalle Street, Suite 1500<br>Chicago, Illinois 60603 | **Kevin J. Clancy**<br>**Scott Russell Wolfe**<br>Lowis & Gellen, LLP<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>Representing University of Chicago Hospitals |

_____
Lawrence H. Nemirow