1  Lawrence H. Nemirow
   5242 Katella Ave., Suite 104
2  Los Alamitos, CA 90720-2820
   Tel. (562) 799-1379
3  Fax. (562) 799-1377

4  Robert A. Holstein
   Holstein Law Offices, LLC
5  19 South LaSalle Street, Suite 1500
   Chicago, IL 60603
6  Tel. (312) 306-8000

7  Attorney's for the Estate of Helene S. Nemirow

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF ILLINOIS**

10

11
    THE ESTATE OF HELENE S. )        Civil Action No. 07-cv-6413
12  NEMIROW;   by   the   estate )
    administrator   LAWRENCE   H. )
13  NEMIROW                       )
                                  )
14                  Plaintiff,    )        Judge George M. Marovich
                                  )
15                                )        Mag. Judge Nan. R. Nolan
    v                             )
16                                )
                                  )
17  THE UNIVERSITY OF CHICAGO )
    HOSPITALS,   an   Illinois )
18  corporation; THE UNIVERSITY )
    OF CHICAGO, an Illinois not-for- )
19  profit corporation; and DOES 1 )
    through 50, Inclusive         )
20                                )
                                  )
21                  Defendants.   )
                                  )
22  ————————————————— )

23

24          **MEMORANDUM OF LAW IN SUPPORT OF MOTION
           TO FILE A SECOND AMENDED COMPLAINT PURSUANT**
25                      **TO F.R.C.P. 15(a)**

26  **I.   INTRODUCTION**

27      Plaintiff, The Estate of Helene S. Nemirow, brings the following motion for

28  leave to file a second amended complaint pursuant to Rule 15(a) of the Federal

                                    1
    MEMORANDUM OF LAW IN SUPPORT OF MOTION TO FILE SECOND AMENDED COMPLAINT

1  Rules of Civil Procedure.

2  Plaintiff seeks to replace Doe 1 with a named Defendant Lakeview Nursing and Rehabilitation Center or to add Lakeview Nursing and Rehabilitation Center

3
4  to Plaintiffs complaint.

All claims against this new defendant are related to the original and first amended
5  complaint filed in this case.

6  ## II.  SUMMARY OF THE FACTS

7  Plaintiff, The Estate of Helene S. Nemirow, filed its original complaint on
8  or about November 13, 2007.

9  Plaintiff filed its First Amended Complaint on March 8, 2008. Shortly thereafter,
10  Plaintiff dismissed defendant McKay McKinnon, M.D. without prejudice.

11  Defendants The University of Chicago Hospitals and The University of Chicago
12  filed their 12(b)(6) Motion to Dismiss on March 30, 2008.

13  Plaintiff's Memorandum In Opposition To Defendants Motion was filed on
14  April 10, 2008.

15  Defendants Reply to Plaintiff's Memorandum In Opposition To Dismiss was filed
16  on May 22, 2008. To Date, the Court has not issued its ruling on Defendant Hospitals
17  and Defendant University's 12(b)(6) motion.

18  Complete diversity still exists with the inclusion of this additional defendant
19  as this defendant resides in the State of Illinois and the Plaintiff resides in a
20  different State.

21  ## III.  LEAVE TO AMEND SHOULD BE FREELY GRANTED TO THE
22  ## ESTATE

23  Rule 15 (a) provides that "leave to amend shall be freely given when justice so
24  requires." See Fed. R. Civ. P. 15(a).

25  This Circuit has adopted a liberal policy respecting amendments to the pleadings
26  in order that cases may be decided on the merits. Stern v. United States Gypsum, Inc.
27  547 F.2d 1329, 1334 (7th Cir. 1977), cert. denied, 434 U.S. 975, 98 S.Ct.533, 54

28

2

1 L.Ed.2d, 467 (1977). "Leave to amend should be freely given unless it appears
2 to a certainty that plaintiff would not be entitled to any relief under any state of
3 facts which could be proved in support of his claim." *Id.*at 1334 (quoting Fuhrer
4 v. Fuhrer 292 F.2d 140, 143 (7th Cir. 1961). The guidelines to be considered in
5 determining whether or not a plaintiff should be allowed to amend were set forth in
6 Forman v. Davis 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962):

7     In the absence of any apparent or declared reason - such as undue delay, bad
8 faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies
9 by amendments previously allowed, undue prejudice to the opposing party by virtue
10 allowance of the amendment, futility of amendment, etc. - the leave sought, as the
11 rules require, be "freely given."

12 **IV.  PLAINTIFF'S AMENDMENT IS MADE NECESSARY DUE TO**
13     **UPCOMING EXPIRATION OF THE STATUE OF LIMITATIONS**
14     **WITH REGARD TO THE NEW DEFENDANT**

15     Plaintiff seeks to amend its first amended complaint with the inclusion of
16 a new defendant, Lakeview Nursing and Rehabilitation Center.

17     The cause of action against this new defendant arose upon discovery that
18 Lakeview Nursing and Rehabilitation Center, in addition to defendants The University
19 of Chicago Hospitals and the University of Chicago, committed malpractice
20 that contributed to the wrongful death of the decedent Helene S. Nemirow on
21 September 14, 2006.

22     To preserve Plaintiff's rights to file actions against this defendant prior to the
23 expiration of the two year statute of limitations, Plaintiff request leave to amend
24 its First Amended Complainant with the attached Second Amended Complaint,
25 and if this Motion is granted, Plaintiff requests that the filing date for the Second
26 Amended complaint relates back to the date of the filing of this motion.
27 ///
28 ///

1  **V.  CONCLUSION**

2     For the foregoing reasons, Plaintiff motion for leave to file a second amended

3  complaint should be granted.

4

                              Respectfully Submitted,

5
   Dated: September 13, 2008

6
                              THE LAW OFFICES OF LAWRENCE H. NEMIROW

7

8                             Lawrence H. Nemirow
9                             Attorney for Plaintiff
                              The Estate of Helene S. Nemirow
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          4
   MEMORANDUM OF LAW IN SUPPORT OF MOTION TO FILE SECOND AMENDED COMPLAINT

1

## CERTIFICATE OF SERVICE

2    The Undersigned, an attorney appearing Pro Hac Vice on behalf of the Plaintiff, The Estate of
Helene S. Nemirow, certifies that on September 13, 2008, he electronically filed the foregoing
3  document titled MEMORANDUM OF LAW IN SUPPORT OF MOTION TO FILE A SECOND
AMENDED COMPLAINT with the clerk of the court using the CM/ECF system which will send
4  notification of such filing to all counsel of record in this case including the following:

5

6

| LOCAL ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| **Robert A. Holstein**<br>Holstein Law Offices, LLC<br>19 South LaSalle Street, Suite 1500<br>Chicago, Illinois 60603 | **Kevin J. Clancy**<br>**Scott Russell Wolfe**<br>Lowis & Gellen, LLP<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606<br>Representing University of Chicago Hospitals |

7

8

9

10

11

12                    Lawrence H. Nemirow

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
5
MEMORANDUM OF LAW IN SUPPORT OF MOTION TO FILE SECOND AMENDED COMPLAINT